Cause No. _____

| | | |
|---|---|---|
| Jose Carmen Garcia, Jr.,<br>Petitioner, Pro Se | § | IN THE COURT OF CRIMINAL<br>APPEALS OF THE STATE OF<br>TEXAS AT AUSTIN |
| v. | § | |
| THE STATE OF TEXAS,<br>Respondent | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 0 1 2015

Abel Acosta, Clerk

HEARING REQUESTED

MOTION FOR SUSPENSION OF THE RULES PURSUANT TO
T.R.A.P. RULE 2

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now Jose Carmen Garcia, Jr., Petitioner Pro Se, and files this motion for suspension of the rules for the number of copies. T.R.A.P. Rule 9.3 (b). In support of this motion petitioner respectfully shows the following:

I.

Petitioner is indigent, per TDCJ Rules he is not permitted to earn or handle money. (see included affidavit of indigence).

II.

Petitioner has limited supplies. Petitioner does not have access to means to create mass copies. Petitioner does not own a typewriter.

PRAYER

Wherefore permises considered petitioner prays this honorable Court would grant his motion for suspension of the rules on the number of copies required in this cause. Petitioner also prays for general relief.

FILED IN
COURT OF CRIMINAL APPEALS

APR 0 1 2015

Abel Acosta, Clerk

Respectfully Submitted,

Jose C. Garcia, Jr., Pro Se
TDCJ#1910011 McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102-8583
361.362.2300 (ph.)
361.362.3011 (fax)

DECLARATION OF INABILITY TO PAY COSTS

The following declaration is made pursuant to Tex. R. Civ. Proc. and title VI, Ch. 132 of Tex. Civ. P. & Rem. Code.

Now respectfully comes Jose C. Garcia, Jr., TDCJ# 1910011, and declares that I am unable to pay the court costs in this criminal action and requests leave of the Court to proceed informa pauperis in this accompanying action and would show the Court the following:

1. I am presently incarcerated in the Wm. G. McConnell Unit of the Texas Dept. of Crim. Justice where I am not permitted to handle or earn money.

2. I have no source of income or sponsal income.

3. I currently have $ 147.23 credited to me in the inmate trust fund.

4. During my incarceration in TDCJ, I have received approx. $ 20.00 per month as gifts from relatives/friends.

5. I neither own nor have an interest in any realty, stocks, bonds, or bank account, and I received no interest or dividend income from any source.

6. I have zero dependents.

7. I have total debts of approx. $1,360.00.

8. I owe zero as restitution.

9. My monthly expenses are approx. $100.00.

Being presently incarcerated in TDCJ McConnell Unit in Bee County, Texas, I verify the previous statements are true and correct under penalty of perjury.

Executed on this the 25th day of March , 2015.

Respectfully Submitted,

Jose C. Garcia, Jr., Pro Se
TDCJ# 1910011 McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102-8583
361.362.2300 (ph.)
361.361.3011 (fax)

Attaches 6 Minth TDCJ Inmate
Trust Fund printout

## DECLARATION

I, Jose Carmen Garcia, Jr., does now attest that the foregoing docum-
ents and information are true and correct and are thusly sworn to under pen-
alty of perjury to their validity. (T.C.P. & R. §132.001-132.003 and 28 U.S.C.
§1746).

*Jose C. Garcia, Jr.*

Jose C. Garcia, Jr., Pro Se


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing and
included documents have been properly served upon the parties listed below at
thier respective addresses, as well as delivered to this court. The documents
were placed in the McConnell Unit mailbox with first class postage, pre-paid
affixed, addressed to the Court of Criminal Appeals, c/o Clerk of the Court,
Able Acosta, at P.O. 12308, Austin, Texas 78711-2308.


Executed on this the 25th day of March , 2015.
(TRAP Rule 9.5, FRAP Rule 25(d)).

*Jose C. Garcia, Jr.*

Jose C. Garcia, Jr., Pro Se

also served:


A. Reyna, McLennan Co. Dist. Atty.
219 N. 6th St., Ste. 200
Waco, Texas 76701


Deemed filed: Warner v. Glass 135 S.W.3d 681, 682 (Tex. 2004)

```
ML18/JMA8157            IN-FORMA-PAUPERIS DATA                    10:23:41
TDCJ#: 01910011 SID#: 05943426 LOCATION: MCCONNELL        INDIGENT DTE:
NAME: GARCIA,JOSE CARMEN JR             BEGINNING PERIOD: 08/01/14
PREVIOUS TDCJ NUMBERS: 01114505 01573691
CURRENT BAL:       147.27 TOT HOLD AMT:          0.00 3MTH TOT DEP:     105.00
6MTH DEP:          145.00 6MTH AVG BAL:        143.50 6MTH AVG DEP:      24.17
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/15      197.62          60.00       10/14      160.81          0.00
12/14      161.07          45.00       09/14      183.81         40.00
11/14      134.97           0.00       08/14      143.81          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Bee_
ON THIS THE 25 DAY OF _March_ ,15, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _1910011_ OR SID NUMBER: _____



JOE RICHARD MARTINEZ
NOTARY PUBLIC
STATE OF TEXAS
NOTARY WITHOUT BOND
My Commission Expires 09-03-2017